NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL S. POWELL,**

*Plaintiff-Cross Appellant,*

v.

**THE HOME DEPOT U.S.A., INC.,**

*Defendant-Appellant.*

---

2010-1409, -1416

---

Appeals from the United States District Court for the Southern District of Florida in case no. 07-CV-80435, Judge Daniel T.K. Hurley.

---

**ON MOTION**

---

**ORDER**

Michael S. Powell moves without opposition to withdraw Alexander D. Brown as principal counsel and to substitute Donald R. Dunner. The Home Depot U.S.A., Inc. moves without opposition for a 30-day extension of time, until October 30, 2010, to file its principal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**SEP 2 1 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Alexander D. Brown, Esq.
Donald R. Dunner, Esq.
George M. Sirilla, Esq.

s21

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**SEP 2 1 2010**

**JAN HORBALY
CLERK**